1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  FEDERAL HOME LOAN MORTGAGE          )  Case No.: 1:11-cv-01369 LJO JLT
    CORPORATION,                        )
12                                      )  ORDER ADOPTING THE FINDINGS AND
              Plaintiff,                )  RECOMMENDATION IN PART
13                                      )
        v.                              )  (Doc. 5)
14                                      )
                                        )  ORDER REMANDING THE ACTION FOR
15  MARIA L. GONZALEZ,                  )  FAILURE TO PAY FILING FEES
                                        )  PURSUANT TO 28 U.S.C. § 1914(a) AND
16            Defendant.                )  FAILURE TO OBEY THE COURT'S
    _____ )  ORDER
17

18        Defendant Maria Gonzalez ("Defendant") seeks removal of this action from Kern County

19  Superior Court.  (Doc. 1).  Because the Court found Defendant failed to demonstrate that she is

20  unable to pay the court costs due to poverty, Defendant's motion to proceed *in forma pauperis*

21  was denied.  (Doc. 3 at 2).  Defendant  was ordered to pay the filing fee within thirty days of

22  service, or by September 22, 2011.  Id.  However, Defendant failed to pay the requisite filing fee.

23  **I.  Findings of the Magistrate Judge**

24        The Magistrate Judge noted that a party instituting any civil action, suit or proceeding in a

25  United States District Court must pay a filing fee.  (Doc. 5 at 1) (citing 28 U.S.C § 1914(a)).  As

26  a result, an action may proceed without payment of the filing fee only if the party is granted leave

27  to proceed *in forma pauperis* pursuant to 28 U.S.C § 1915(a).  See Andrews v. Cervantes, 492

28  F.3d 1047, 1051 (9th Cir. 2007); Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999).

                                        1

1   Because Defendant did not prepay the filing fee, the Magistrate Judge concluded the action may

2   not proceed.  (Doc. 5 at 2).

3          In addition, the Magistrate Judge observed that the Local Rules, corresponding with Fed.

4   R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court

5   may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent

6   power of the Court."  (Doc. 5 at 2) (quoting LR 110).  The Court must consider several factors to

7   determine whether to impose sanctions or dismiss an action, including: "(1) the public's interest

8   in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of

9   prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits;

10  and (5) the availability of less drastic sanctions."  <u>Henderson v. Duncan</u>, 779 F.2d 1421, 1424

11  (9th Cir. 1986); <u>see also</u> <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992); <u>Thompson</u>

12  <u>v. Housing Authority of Los Angeles</u>, 782 F.2d 829, 831 (9th Cir. 1986). The Magistrate Judge

13  concluded these factors weighed in favor of sanctions.  (Doc. 5 at 3).

14  **III.   Conclusion and Order**

15         In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley</u>

16  <u>United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo*

17  review of the case.  Having carefully reviewed the entire file, the Court finds that the findings

18  and recommendation are supported by the record and by proper analysis, and the matter cannot

19  continue without payment of the filing fee.  However because *Defendant* failed to pay the filing

20  fee, the action will not be dismissed, but rather remanded to the Kern County Superior Court.

21         Accordingly, **IT IS HEREBY ORDERED** that the Findings and Recommendations filed

22  November 15, 2011, are **ADOPTED IN PART** as follows:

23         1.      The matter is **REMANDED** to the Kern County Superior Court; and

24         2.      The Clerk of Court **IS DIRECTED** to take necessary action to remand this action to

25                 the Kern County Superior Court and to close this action.

26

27  IT IS SO ORDERED.

28  **Dated:   November 30, 2011            /s/ Lawrence J. O'Neill**

2

1                                    UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28